Tammy K. v State of New York (2026 NY Slip Op 01725)

Tammy K. v State of New York

2026 NY Slip Op 01725

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, AND NOWAK, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (871/25) CA 24-01532.

[*1]TAMMY K., PHILLIP K., HER SPOUSE, AND TAMMY AND PHILLIP K., INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF MINORS P.K.J. AND N.K., CLAIMANTS-APPELLANTS,
vSTATE OF NEW YORK, NEW YORK STATE POLICE, AND NEW YORK STATE TROOPER CHAD BERRY, DEFENDANTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.